

# NUMBER 13-26-00134-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF M.P. JR. AND A.P., CHILDREN

---

### ON APPEAL FROM THE 430TH DISTRICT COURT
### OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on its own motion. On January 30, 2026, appellant M.P. Sr. filed a notice of appeal attempting to appeal a judgment terminating his parental rights over his minor children, M.P. Jr. and A.P. on January 29, 2026, in trial court cause number CW-0014-24-J.[1] However, appellant indicated in his notice of appeal that no

---

[1] We refer to appellant and the children by their initials in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 9.8(b)(2).

written order had been signed. On February 4, 2026, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Furthermore, appellant was notified that if the defect was not cured within ten days, the appeal shall be dismissed.

Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The Court, having considered the documents on file and appellant's failure to establish jurisdiction or otherwise correct the defect in their notice of appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Accordingly, the appeal is dismissed for want of jurisdiction. *See id*. R. 42.3(a), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
23rd day of February, 2026.

2